UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SANDRA NOMEY and                         CIVIL ACTION NO.: 2:22-cv-03581
NATHAN BANDARIES

                                         DISTRICT JUDGE:
v.                                       NANNETTE JOLIVETTE BROWN

GOOGLE, LLC, A DELAWARE LIMITED          MAGISTRATE JUDGE:
LIABILITY COMPANY                        JANIS VAN MEERVELD

## LIST OF PARTIES AND PLEADINGS

Defendant, Google LLC ("Google"), submits the following List of Parties and Pleadings in this action pursuant to 28 U.S.C. §1447(b) and Local Rule 3.2. Google also attaches copies of all pleadings and citations filed in this matter in the Parish of Orleans, Civil District Court, State of Louisiana.

I.   **List of Parties and Counsel**

    a.  **Plaintiffs:**   Sandra Nomey
                        Nathan Bandaries

        **Counsel:**   Madro Bandaries
                        Madro Bandaries, PLC
                        Post Office Box 56458
                        1127 2nd Street
                        New Orleans, Louisiana 70156
                        Telephone: (504) 218-4815

                        And

                        Michael G. Stag
                        Ashley M. Liuzza
                        Matthew D. Rogenes
                        Stag Liuzza, LLC
                        One Canal Place
                        365 Canal Street, Suite 2850
                        New Orleans, Louisiana 70130
                        Telephone: (504) 593-9600
                        Facsimile: (504) 593-9601

    b. **Defendant:**   Google LLC

      **Counsel:**    Daniel J. Mulholland
                    T. Peyton Smith
                    Taylor D. Waxley
                    Forman Watkins & Krutz LLP
                    201 St. Charles Avenue, Suite 2100
                    New Orleans, LA 70170
                    Telephone: (504) 799-4383
                    Facsimile: (504) 799-4384

                    And

                    *Pro Hac Vice* Motions to be filed:

                    Susan D. Fahringer
                    Perkins Coie LLP
                    1201 Third Avenue, Suite 4900
                    Seattle, Washington 98101
                    Telephone: (206) 359-8000
                    Facsimile: (206) 359-9000

                    Sunita Bali,
                    Perkins Coie LLP
                    505 Howard Street, Suite 1000
                    San Francisco, California 94105
                    Telephone: (415) 344-7000
                    Facsimile: (415) 344-7050

                    Samantha V. Ettari-Contreras
                    Perkins Coie LLP
                    500 North Akard Street, Suite 3300
                    Dallas, Texas 75201
                    Telephone: (214) 965-7700
                    Facsimile: (214) 965-7799

## II.    <u>List of Pleadings and Citation Returns</u>

    a.  Petition, attached as Exhibit 1.

    b.  Letter from Attorney Requesting Issuance of Service, attached as Exhibit 1-A.

    c.  Letters from Madro Bandaries, PLC OFFICE, attached as Exhibit 1-B.

    d.  Citation and Service Copies of Petitions, attached as Exhibit 1-C.

e.  Certificate of Louisiana Long Arm Service As To: Defendant, Google LLC (improper), attached as Exhibit 1-D.

f.  Letter from Attorney Requesting Issuance of Service, attached as Exhibit 1-E.

g.  Citation and Service Copies of Petitions Issued, attached as Exhibit 1-F.

h.  Second Certificate of Louisiana Long Arm Service As To: Defendant, Google LLC, attached as 1-G.

i.  Notice of Filing of Notice of Removal, attached as Exhibit 2.

Respectfully submitted,

**FORMAN WATKINS & KRUTZ**

*/s/ Taylor D. Waxley*
DANIEL J. MULHOLLAND, #38569
T. PEYTON SMITH, #34984
TAYLOR D. WAXLEY, #39382
201 St. Charles Avenue, Suite 2100
New Orleans, LA 70170
Telephone: (504) 799-4383
Facsimile: (504) 799-4384
Daniel.Mulholland@formanwatkins.com
Peyton.Smith@formanwatkins.com
Taylor.Waxley@formanwatkins.com
LAEService@formanwatkins.com

**PERKINS COIE LLP**
(***pro hac vice*** **motions to be filed**)

*/s/ Sunita Bali*
SUSAN D. FAHRINGER, # 21567
1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
SFahringer@perkinscoie.com

SUNITA BALI, #274108
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: (415) 344-7000
Facsimile: (415) 344-7050
SBali@perkinscoie.com

3

SAMANTHA V. ETTARI-CONTRERAS,
#24077982
500 North Akard Street, Suite 3300
Dallas, Texas 75201
Telephone: (214) 965-7700
Facsimile: (214) 965-7799
SEttari@perkinscoie.com

***Attorneys for Google LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2022, I electronically filed the foregoing with the Clerk

of Court by using the CM/ECF system, which will send a notice of electronic filing to all known

counsel of record.

*/s/ Taylor D. Waxley*
TAYLOR D. WAXLEY